**FILED**
JAN 2 2 2008
NANCY M. WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

KEVIN MYLES

:

:

vs.    : Civil Action No. __08 0117__

:

STEVEN POLIN
:

### Motion/Affidavit In Support Of
### Motion To Proceed In Forma Pauperis

I, __KEVIN MYLES__, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed? Yes____ No __X__
   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.
   _____

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.
   August, 2003
   _____

2. Have you received within the past twelve months any money from any of the following sources?

RECEIVED
JAN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

a. Business, profession, or form of self-employment? Yes ____ No __X__

b. Rent Payments, interest, or dividends? Yes ____ No __X__

c. Pensions, annuities, or life insurance payments? Yes ____ No __X__

d. Gifts or inheritances? Yes ____ No __X__

e. Any other sources? Yes __X__ No ____

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.
I am incarcerated and earn approximately $30 to $60 per month, my six month prison statement is attached hereto.

3. Do you own any cash or do you have money in a checking or savings account? Yes ____ No __X__ (Include any funds in prison accounts)

If the answer is yes, state the total value owned.

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ____ No __X__

If the answer is yes, describe the porperty and state its approximate value.

_____

5. List the persons who are dependent upon you for support; state your relatioship to those persons; and indicate how much you contribute toward their support. Kiara Kelly (14yr. old); Jeremiah Bowin (2yr. old)

I understand that a false statement or answer to any questions in this motion/declaration will subject me to penalties for perjury.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the very best of my recollection, belief and understanding.

11-20-07
Date

Kevin Myles
Signature