**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KEVIN MYLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 08-117-JDB |
| v. | ) | |
| | ) | |
| STEVEN POLIN | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE**
**ANSWER TO COMPLAINT**

Defendant, Steven Polin, hereby moves this Honorable Court for an enlargement of time in which to file his answer to the complaint. The basis for this request is as follows:

1.    On January 31, 2008, the defendant was served with a copy of the summons and complaint via certified mail.

2.    The answer to the complaint is due on February 20, 2008.

3.    This request represents the defendant's first request for an enlargement of time in which to file an answer.

4.    The defendant has been ill, and has not had sufficient time to file an answer or a responsive pleading to the complaint.

5.    The defendant is seeking an additional 20 days in which to file an answer or a responsive pleading to the complaint or up to and including March 11, 2008.

6.      The plaintiff has not been consulted to ascertain his position on the defendant's request for an enlargement of time as he is incarcerated in North Carolina.

WHEREFORE, for the reasons stated above, it is requested that this motion be granted.

Respectfully submitted,

/s/      STEVEN G. POLIN

_____
Steven G. Polin (DC # 439234)
3034 Tennyson Street, NW
Washington, D.C. 20015
202-331-5848
202-3537-2986(fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent first class mail, postage pre-paid to Kevin Myles, Registration Number 18374-016, Rivers Correctional Institution, POB 630, D-Unit, Winton, N.C. 27986 on this   20th   day of February, 2008.

/S/      Steven G. Polin

_____
Steven G. Polin

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN MYLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-117-JDB |
| v. ) | |
| ) | |
| STEVEN POLIN ) | |
| ) | |
| Defendant ) | |

**ORDER**

     Upon consideration of the Defendant's motion for an enlargement of time in which to file

his answer to the complaint, good cause having been shown, and the record herein it is

     ORDERED this _____ day of February, 2008 that the motion is GRANTED and that

the defendant's answer is due on or before March 11, 2008.

 

                                      _____

                                      John D. Bates
                                      United States District Court Judge

copies to:

Steven G. Polin
3034 Tennyson Street, NW
Washington, DC 20015

Kevin Myles
Registration Number 18374-016
Rivers Correctional Institution
POB 630
D-Unit
Winton, N.C. 27986