UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN MYLES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN POLIN )<br>)<br>Defendant ) | C.A. No. 08-117-JDB |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S NOTICE OF SERVICE OF FORMS
PURSUANT TO FRCP 4(d)(2) AND NOTICE OF WAIVER OF SUMMONS**

The defendant, Steven Polin, hereby responds to Plaintiff's Notice of Service of Forms (Dkt. # 9) as follows:

1. Mr. Polin was served with the summons and the complaint by certified mail on January 30, 2008.

2. The plaintiff in support of his notice of service of forms attached as part of Exhibit A (Dkt. #9-2) a letter he purportedly sent to James Maloney, Esquire in the belief that he represented Mr. Polin in this matter. Mr. Maloney has not been retained to represent the defendant in this matter. The plaintiff believes that his correspondence with Mr. Maloney should have resulted in the execution of the Waiver of Service of Summons.

3. The defendant contacted Mr. Maloney after receipt of Plaintiff's Notice of Service of Forms to inquire into the whereabouts of the letter Mr. Myles sent to him and the Notice of Lawsuit and Waiver of Service of Summons. Mr. Maloney advised the defendant that he has never received any correspondence from Mr. Myles nor any documents attached in Dkt. # 9-2, Exhibit A.

4.	For the sake of convenience to the Court and Mr. Myles, it is requested that this response serve as the defendant's acknowledgment of service of the complaint and waiver of Service of Summons. The defendant is willing to waive service of the summons even though he was never served with the waiver as required by FRCP 4(d)(2).

5.	In view of the willingness of the defendant to waive service of the summons, even though the notice of lawsuit and request for waiver was defective since it was not sent to the defendant, it is requested that the defendant be given the full 60 days to file a response to the complaint or up to and including April 1, 2008.

WHEREFORE, for the reasons stated above, it is requested that defendant's request be granted.

Respectfully submitted,

/s/	STEVEN G. POLIN

Steven G. Polin (DC # 439234)
3034 Tennyson Street, NW
Washington, D.C. 20015
202-331-5848
202-3537-2986(fax)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent first class mail, postage pre-paid to Kevin Myles, Registration Number 18374-016, Rivers Correctional Institution, POB 630, D-Unit, Winton, N.C. 27986 on this __11th__ day of March, 2008.

/S/	Steven G. Polin

Steven G. Polin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN MYLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 08-117-JDB |
| v. ) | |
| ) | |
| STEVEN POLIN ) | |
| ) | |
| Defendant ) | |

**ORDER**

Upon consideration of the Defendant's notice of waiver of the summons and good cause having been shown, and the record herein it is

ORDERED this _____ day of March, 2008 that pursuant to FRCP 4(d)2) that the defendant's response shall be 60 days from receipt of the complaint, and that such a response is due on or before April 1, 2008.

_____
John D. Bates
United States District Court Judge

copies to:

Steven G. Polin
3034 Tennyson Street, NW
Washington, DC 20015

Kevin Myles
Registration Number 18374-016
Rivers Correctional Institution
POB 630
D-Unit
Winton, N.C. 27986