UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Myles,**<br><br>    **Plaintiff,**<br><br>         **v.**<br><br>**Steven Polin,**<br><br>    **Defendant.** | Civil Action No.  08-0117 (JDB) |

## ORDER

Upon consideration of defendant's notice of waiver of service of the summons, it is

**ORDERED** that pursuant to Fed. R. Civ. P. 4(d)(3), defendant shall answer or otherwise respond to the complaint by April 1, 2008.

                                     s/
                              JOHN D. BATES
                         United States District Judge

Dated: March 14, 2008