UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin Myles,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Steven Polin,<br><br>　　　　Defendant. | Civil Action No.  08-0117 (JDB) |

## ORDER

This matter is before the Court on defendant's motion for judgment on the pleadings or to dismiss the complaint.  Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's dispositive motion by **May 6, 2008**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint.

　　　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 2, 2008