UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN MYLES,       :

    Plaintiff,     :

           :

v.           :   Civil Action No. 08-0117 (JDB)

           :

STEVEN POLIN,      :

           :

    Defendant.    :   April 7, 2008

## MOTION FOR EXTENSION OF TIME AND MOTION FOR ORDER

The Plaintiff, Kevin Myles ("Myles" or the "Plaintiff"), respectfully moves this Court, Bates, J., for an extension of thirty (30) days to respond to Defendant, Steven Polin ("Polin" or the "Defendant") motion for judgment on the pleadings or to dismiss the complaint pursuant to Fed.R.Civ.P. 6 up till and including June 6, 2008. In addition, the Plaintiff moves for an Order from this Court directing the Defendant to actually serve a copy of his dispositive motion forthwith on the Plaintiff.

In support of his motion, the Plaintiff respectfully sets forth and represents:

(1)   On April 4, 2008, the Plaintiff received the Court's Order directing the Plaintiff to respond to the Defendant's "motion for judgment on the pleadings or to dismiss the complaint";

(2)   The Plaintiff has not received a copy of the Defendant's filing and has contacted the Defendant to arrange for a Rule 26(f) Conference as required by the Fed.R.Civ.P. and to obtain a copy of his filing to no avail (A copy of the Plaintiff's letter to the Defendant is attached hereto as Exhibit A.)

-1-

(3)    The Plaintiff must receive a copy of the Defendant's motion before being able to formulate a reply and the Defendant has not served the Plaintiff, or in the alternative, as with one previous filing by the Defendant, listed the Plaintiff on his certificate of service, yet, failed to serve the Plaintiff;

(4)    This is the Plaintiff's first request for an extension of time and he has been unable to ascertain the Defendant's position with regards to the instant motion;

(5)    The Plaintiff notes that the Defendant had previously applied for an received an extension from this Court;

(6)    The Plaintiff requests an Order from this Court extending the time till and including June 6, 2008 to file his opposition to the Defendant's dispositive motion, and further requests an Order from this Court directing the Defendant to serve the Plaintiff and file a copy of the proof of service with the Court, or in the alternative, requests that the Clerk of the Court send a copy of the Defendant's motion for judgment on the pleadings or to dismiss the complaint, so the Plaintiff can formulate a reply;

WHEREFORE, the Plaintiff requests that the instant motion be granted, and the Court grant such other relief as is just and proper.

Respectfully submitted,

Kevin Myles
Reg. No. 18374-016
RCI
P.O. Box 630
Winton, NC 27986

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was mailed this 7th day of April, 2008, via first class mail, postage pre-paid by depositing a copy of the same in the RCI legal mailbox, addressed as follows:

Steven G. Polin, Esq.
3034 Tennyson St. NW
Washington, D.C. 20015

Kevin Myles;

-3-

Kevin Myles
Reg. No. 18374-016
RCI
P.O. Box 630
Winton, NC 27986

April 7, 2008                    *Ex. A.*

VIA U.S. MAIL

Steven G. Polin, Esq.
3034 Tennyson St. NW
Washington, D.C. 20015

        Re:  Myles v. Polin,
             08 Civ. 0117 (JDB)

Dear Mr. Polin:

        This letter is in response to the Court's April 2, 2008
Order directing me to respond to your "motion for judgment on the
pleadings or motion to dismiss the complaint."

        Please be advised that as of the date of this letter, I have
not received a copy of your filing. Further, in my previous
letters I requested to speak to you to facilitate a Rule 26(f)
Conference as is required by the Fed.R.Civ.P. Rule 26(f). However,
I never received a reply from you. Please be advised that I
hereby request that you immediately contact me.

        Second, because I have not received your filing, please
immediately forward to me a copy of your filing. In that regard,
I am filing simultaneously herewith a motion for extension of
time and motion for order requesting an order from the Court
directing you to properly serve me.

        If you require any confirmation from the facility that there
has been no letter or package received by them from your office
please feel free to contact this facility.

        Finally, as a note, I had previously asked that when you
list my address on your certificate of service that you actully
serve me. Listing my name on your certificate of service, as I
presume you did, and concomittantly not serving me is a serious
offense against the Court.

        I look forward to your response.

        Very truly yours,

        Kevin Myles,

cc:  The Honorable John D. Bates
     U.S.D.J.