UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Kevin Myles,**

    **Plaintiff,**

        **v.**                                          Civil Action No. 08-0117 (JDB)

**Steven Polin,**

    **Defendant.**

## ORDER

Plaintiff moves for an enlargement of time to June 6, 2008 to respond to defendant's motion to dismiss. Plaintiff also moves for defendant to serve the motion, which he claims to have not received despite defendant's certification of service by mail on April 1, 2008. Upon consideration of the motion and the record, it is

**ORDERED** that plaintiff's motion for an enlargement of time [Dkt. No. 14] is **GRANTED**. As previously advised, plaintiff's failure to respond to defendant's dispositive motion by June 6, 2008 may result in dismissal of the case. It is further

**ORDERED** that plaintiff's motion for service of the dispositive motion [Dkt. No. 14] is **DENIED**. The Clerk is directed to enclose a copy of defendant's motion to dismiss [Dkt. No. 12] in the mailing of this Order to plaintiff.

                                                                                 s/
                                                    JOHN D. BATES
                                               United States District Judge

Dated: April 11, 2008