UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kevin Myles,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**Steven Polin,**<br><br>    **Defendant.** | Civil Action No.  08-0117 (JDB) |

## ORDER

Plaintiff's motion to vacate his sentence pursuant to D.C. Code § 23-110 [Dkt. No. 4], directed to the Criminal Division of the Superior Court of the District of Columbia, was filed in this civil case presumably in error.  Accordingly, it is

**ORDERED** that the Clerk remove the motion from this docket as entered in error and forward it immediately to the Clerk of the Superior Court of the District of Columbia.

                                          s/
                                    JOHN D. BATES
                              United States District Judge

Dated: April 16, 2008