**Leave to file GRANTED**

*/s/ John D. Bates 5/1/08*
John D. Bates
United States District Judge

*File as notice to the court. JDB*

Kevin Myles
Reg. No. 18374-016
Rivers Corr. Inst.
P.O. Box 630
Winton, NC 27986

April 21, 2008

**VIA U.S. MAIL**
The Honorable John D. Bates
United States District Judge
United States District Court for the
District of Columbia
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re: <u>Myles v. Polin</u>,
        Civil Case No. 08-0117 (JDB)

Dear Judge Bates:

    As Your Honor may recall, I am the Plaintiff in the above-referenced matter.

    On the above date I received Your Honor's Order regarding my motion to vacate sentence pursuant to D.C. Code §23-110. As Your Honor's Order states it <u>was</u> filed in this civil case in error. I do not know how exactly it happened, however, I may have put the wrong address on the envelope, or it may have been mixed in the mailroom.

    In any instance, the instant proceeding against Defendant Steven Polin has no relationship to the §23-110 motion I filed, as they are two separate proceedings. Having received Defendant Polin's Motion to Dismiss, it appears he may have likewise been confused as I am not asking for any relief in this lawsuit that is avaliable to me in the §23-110 proceedings in the Superior Court of the District of Columbia.

    Further, I have received the Court's Order extending the time for me to answer to Defendant Polin's Motion to Dismiss to, and including June 6, 2008 and will file my opposition in a timely manner.

    I thank Your Honor for your consideration of the foregoing.

    Respectfully submitted,


Kevin Myles

cc: Steven Polin, Esq. (Defendant)