UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN MYLES, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:08-CV-00117-JDB |
| STEVEN POLIN, | ) |
|     Defendant. | ) May 12, 2008 |

RECEIVED
MAY 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION TO COMPEL RULE 26(F) CONFERENCE

The Plaintiff, Kevin Myles ("Myles" or "Plaintiff"), in the above-referenced matter, respectfully moves this Court pursuant to the Federal Rules of Civil Procedure Rule 26(f)(1) to compel the Defendant, Steven Polin ("Polin" or "Defendant"), to participate in a telephonic Rule 26(f)(1) Conference with the Plaintiff.

In support of the instant motion, the Plaintiff respectfully states as follows:

(1)   The Plaintiff has written to opposing counsel several times to schedule a Fed.R.Civ.P. Rule 26(f)(1) Conference and has received no response.

(2)   The Plaintiff states that it is necessary, and in the interests of all parties that a Rule 26(f)(1) Conference be held, and that an appropriate joint Rule 26(f) Report be filed with the Court to outline the parties proposed discovery schedules, and to discuss the potential for a prompt settlement and/or resolution of this matter, as well as establish deadlines by which

an amended Complaint must be filed, dispositive motions are due, etc.

(3)   The Plaintiff has advised the Defendant that notwithstanding the exemptions provided in Rule 26(1)(B)(iii), the Plaintiff wishes to participate in a Rule 26(f) Conference with the Defendant because he believes that the parties may be able to achieve a prompt resolution of this matter and save both parties time, effort, and expense, as well as save the Court a substantial amount of time.

(4)   Given the language of Rule 26(f)(1), i.e., "...the parties must confer as soon as practicable--and in any event at least 21 days," the Plaintiff requests an Order from this Court directing the Defendant to participate in a telephonic Rule 26(f) Conference with the Plaintiff. The Plaintiff has discussed the logistics of setting up such a telephonic conference with his attorney at his place of incarceration and the facility has stated that it will accomodate the Plaintiff.

WHEREFORE, the Plaintiff respectfully requests that the instant motion be granted, and that the Court Order the Defendant to participate in a telephonic confernce with the Plaintiff  so the parties may submit a joint Rule 26(f) Report.

Respectfully submitted,

Kevin Myles
Reg. No. 18374-016
RCI
P.O. Box 630
Winton, NC 27986
Pro Se

ORDER

The foregoing motion having been considered by the Court, IT IS HEREBY GRANTED/DENIED.

IT IS SO ORDERED.

_____
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was mailed this \_13\_ day of May, 2008, via first-class mail, postage pre-paid, by depositing a copy of the same in the RCI legal mailbox, addressed as follows:

Steven G. Polin, Esq.
3034 Tennyson St. NW
Washington, D.C.  20015

_____
Kevin Myles