UNITED STATES DISTRICT COURT
For the District of Columbia

| | | |
|---|---|---|
| KEVIN MYLES, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:08-cv-00117 (JDB) |
| | : | |
| STEVEN POLIN. | : | |
|     Defendant. | : | |

ANSWER

The Defendant Steven Polin, respectfully submits the following in *Answer* to the Plaintiff's *Complaint and Jury Demand*:

First Defense

1. The Plaintiff's *Complaint and Jury Demand* fails to state a cause of action for which relief can be granted.

Second Defense

2. Mr. Polin admits the allegations contained in Paragraphs One, Two and Five of the Plaintiff's *Complaint and Jury Demand*.

3. Because they involve conclusions of law or reiterations of claims previously asserted therein, Mr. Polin is not required to admit or deny the allegations contained in Paragraphs Three, Four, Eleven and Twelve of the Plaintiff's *Complaint and Jury Demand.* To the extent that Mr. Polin is required to admit or deny those allegations, they are denied.

4.  With regard to the series of allegations contained in Paragraph Six of the Plaintiff's *Complaint and Jury Demand*, Mr. Polin admits that (i) on or about August 18, 2005, the Plaintiff received the consecutive sentences alleged therein and (ii) he did not subsequently file a motion seeking relief pursuant to Superior Court Rule 35(b); however, Mr. Polin denies that his decision to refrain from filing such a motion constituted negligence, attorney malpractice or any other form of tortious misconduct or breach of contract. Although Mr. Polin has no reason to doubt the authenticity and accuracy of the sentencing transcript attached as **EXHIBIT B** to the Plaintiff's *Complaint and Jury Demand*, he denies the interpretations (i.e., "the Judge also urged") being placed upon that transcript by the Plaintiff.

5.  With regard to the series of allegations contained in Paragraph Eight of the Plaintiff's *Complaint and Jury Demand*, Mr. Polin admits that a disciplinary inquiry was commenced against him; however, that inquiry concluded on or about January 25, 2008.

6.  With regard to the series of allegations contained in Paragraph Nine of the Plaintiff's *Complaint and Jury Demand*, Mr. Polin has insufficient information to either admit or deny the allegation that a motion seeking relief pursuant to 21 D.C. Code 110 is currently pending in the Superior Court of the District of Columbia; however, Mr. Polin denies every other allegation of negligence, attorney malpractice or any other form of tortious misconduct or breach of contract contained in or arising from Paragraph Nine.

7.  In addition to the preceding denials, Mr. Polin denies the allegations contained in Paragraphs Seven, Ten, Thirteen, Fourteen, Fifteen and Sixteen of the Plaintiff's *Complaint and Jury Demand* as well as every other explicit, implicit or inchoate

allegation of negligence, attorney malpractice or any other form of tortious misconduct or breach of contract contained in or arising from that pleading.

### Third Defense

8. Any and all damages suffered by the Plaintiff were the results of the intervening intentional or negligent acts of a third party or third parties.

### Fourth Defense

9. The Plaintiff has failed to mitigate his damages.

### Fifth Defense

10. The Plaintiff has failed to exhaust all administrative or judicial remedies available to him.

### Sixth Defense

11. The claims in the Plaintiff's *Complaint and Jury Demand* are not ripe for adjudication.

### Prayer For Relief

**Wherefore**, the premises considered, the Defendant respectfully prays this Court to:

- Either dismiss or grant judgment in his favor on the allegations in the Plaintiff's *Complaint and Jury Demand*;

3

- Award him the reasonable costs and attorneys fees incurred in defending against this action; and

- Grant him such other relief as this Court deems just and proper.

                                            Respectfully submitted,

                                            /S/ James Thomas Maloney #254102  
                                            Maloney  &  Mohsen PLLC  
                                            5039 Connecticut Avenue, NW  
                                            Building 1  
                                            Washington, DC 20008-1163  
                                            Tel: 202-237-6800  Ext. 202  
                                            Fax: 202-966-5270  
                                            E-mail: verdict@verizon.net

CERTIFICATE OF SERVICE

**I Hereby Certify** that a copy of this pleading was mailed, postage prepaid, to the *pro se* Plaintiff Kevin Antonio Myles, Register No. 18374-016, Rivers Correctional Institution, P.O. Box 630, Winton, North Carolina 27986, this 15th day of August 2008.

                                            /S/James Thomas Maloney