UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin Myles,<br><br>    Plaintiff,<br><br>        v.<br><br>Steven Polin,<br><br>    Defendant. | Civil Action No.  08-0117 (JDB) |

### ORDER

Pursuant to the Order of July 29, 2008, it is

**ORDERED** that by September 12, 2008, defendant shall file a proposed schedule to govern the proceedings, or the Court will establish a schedule without input.

                                                                                                          s/
                                                                             JOHN D. BATES
                                                      United States District Judge

Dated: September 3, 2008