# UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| KEVIN MYLES,              : | |
|     Plaintiff,          : | |
|                         : | |
| v.                         : | Civil Action No. 1:08-cv-00117 (JDB) |
|                         : | |
| STEVEN POLIN.              : | |
|     Defendant.         : | |

## DEFENDANT'S PROPOSED SCHEDULE

The Defendant Steven Polin respectfully submits the following proposed schedule to govern further proceedings in this matter:[1]

1.  This is an action for professional malpractice filed by an incarcerated Plaintiff against his attorney. The Plaintiff alleges that diversity jurisdiction is conferred upon this Court pursuant to 28 U.S.C. 1332(c).

2.  The Defendant suggests that this matter be placed on the Standard case track. The dispositive motion which the Defendant previously filed in this matter was denied by this Court on July 29, 2008.

3.  At present, the Defendant is unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

---

[1] The various proposals and deadlines contained in this pleading have not been discussed with or agreed upon by the Plaintiff, who is currently incarcerated at the Rivers Correctional Institution in Winton, North Carolina.

4. The Defendant objects to the assignment of this case to a Magistrate Judge for any purpose other than mediation or the resolution of discovery disputes.

5. The Defendant does not believe that there is a realistic possibility of settling the case.

6. The Defendant will need discovery consisting of., at least, answers to interrogatories and responses to document requests before discussing settlement.

7. The Defendant proposes that the deadline for dispositive motions should be at least thirty days after the conclusion of discovery.

8. The Defendant suggests that this Court permit the parties to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

9. The Defendant proposes twenty-five interrogatories and five depositions per side. The Defendant further proposes that all discovery including answers to interrogatories, document production, responses to requests for admissions, and depositions be concluded by December 31, 2008. The Defendant has not agreed to waive the one day/seven hour per deposition requirement of Fed. R. Civ. P. 30(d).

10. Pursuant to the Case Tracking Schedule typically followed in this District, the Defendant proposes that (i) witness lists and written discovery requests be exchanged not later than November 3, 2008, (ii) the Plaintiff's Rule 26(a)(2) expert witness reports be filed not later than November 3, 2008, (ii) the Defendant's initial expert witness reports be filed not later than December 1, 2008, (iv) any supplemental expert witness reports be filed not later than December 15, 2008, and (v) discovery close on December 31, 2008.

11.     At this time, the Defendant does not believe that either trial or discovery should be bifurcated or managed in phases.

12.     The Defendant proposes that the pretrial conference be scheduled thirty days after this Court rules on any dispositive motions.

13.     The Defendant suggests that the trial date should be set at the pretrial conference.

14.     At this time, there are no other matters appropriate for inclusion in a scheduling order.

                                                Respectfully submitted,

                                                /S/ James T. Maloney #254102
                                                Maloney & Mohsen PLLC
                                                5039 Connecticut Avenue, N.W.
                                                Building
                                                Washington, D.C. 20008-1163
                                                Telephone: (202) 237-6800  x202
                                                Facsimile: (202) 966-5270
                                                Email: verdict@verizon.net
                                                *Counsel For the Defendant*

## CERTIFICATE OF SERVICE

**I Hereby Certify** that a copy of this pleading was mailed, postage prepaid, to the *pro se* Plaintiff Kevin Antonio Myles, Register No. 18374-016, Rivers Correctional Institution, P.O. Box 630, Winton, North Carolina 27986, this 4th day of September 2008.

                                                /S/James Thomas Maloney