UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin Myles,<br><br>    Plaintiff,<br><br>        v.<br><br>Steven Polin,<br><br>    Defendant. | Civil Action No.  08-0117 (JDB) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion for summary judgment [Dkt. No. 41] is **GRANTED**;  it is

**FURTHER ORDERED** that plaintiff's motion for dispositive relief [Dkt. No. 44] is **DENIED** as moot; and it is

**FURTHER ORDERED** that judgment is entered for the Defendant.  This is a final appealable Order.

                                                                        s/
                                                         JOHN D. BATES
Dated: November 9, 2009                     United States District Judge